**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−27243−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kathy B Vines
    11 Ravenwood Drive
    Egg Harbor Township, NJ 08234

Social Security No.:
    xxx−xx−7535

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on November 18, 2016.

On May 1, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:         June 7, 2017
Time:         09:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 1, 2017
JAN: eag

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kathy B Vines  
    Debtor

Case No. 16-27243-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 01, 2017  
    Form ID: 185    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.

```
db              +Kathy B Vines,    11 Ravenwood Drive,    Egg Harbor Township, NJ 08234-6521
516381933       +Apex Asset Management, LLC,    2501 Oregon Pike Ste. 102,    Lancaster, PA 17601-4890
516381934       +Atlantic Medical Imaging, LLC,    P.O. Box 1564,    Indianapolis, IN 46206-1564
516381935        Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
516381936       +Charles Vines,    11 Ravenwood Dr.,    Egg Harbor Township, NJ 08234-6521
516381938       +Horizon Eye Care,    2401 Bay Avenue,    Ocean City, NJ 08226-2456
516381939       +PNC Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
516588839       +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankrupty,    3232 Newmark Drive,
                  Miamisburg, OH 45342-5421
516381940       +ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
516381941       +Recon Ortho Associates II PC,    P.O. Box 757910,    Philadelphia, PA 19175-7910
516381943       +Rickart Collection Systems, Inc.,    575 Milltown Rd.,    P.O. Box 7242,
                  North Brunswick, NJ 08902-7242
516381944       +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
516381945       +State of NJ Dept of Labor and Workforce,    P.O. Box 951,    Trenton, NJ 08625-0951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 01 2017 22:58:55      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 01 2017 22:58:53      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516381937        E-mail/Text: cio.bncmail@irs.gov May 01 2017 22:58:30      Department of the Treasury,
                  Internal Revenue Service,    Fresno, CA 93888
516580286        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2017 23:03:53
                  Portfolio Recovery Associates, LLC,    C/O capital One, N.a.,    POB 41067,    Norfolk VA 23541
516387479        E-mail/PDF: gecsedi@recoverycorp.com May 01 2017 22:52:53      Synchrony Bank,
                  c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516409712*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516381942*      +Recon Ortho Associates II PC,    P.O. Box 757910,    Philadelphia, PA 19175-7910
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Thomas E. Dowey    on behalf of Debtor Kathy B Vines tdesquire@hotmail.com
                                                                                              TOTAL: 4
```