Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−27243−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kathy B Vines
    11 Ravenwood Drive
    Egg Harbor Township, NJ 08234

Social Security No.:
    xxx−xx−7535

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/26/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 26, 2018
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 16-27243-JNP
Kathy B Vines                                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin              Page 1 of 1           Date Rcvd: Jan 26, 2018
                             Form ID: 148             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db             +Kathy B Vines,    11 Ravenwood Drive,    Egg Harbor Township, NJ 08234-6521
516381933      +Apex Asset Management, LLC,    2501 Oregon Pike Ste. 102,    Lancaster, PA 17601-4890
516381934      +Atlantic Medical Imaging, LLC,    P.O. Box 1564,    Indianapolis, IN 46206-1564
516381936      +Charles Vines,    11 Ravenwood Dr.,    Egg Harbor Township, NJ 08234-6521
516381938      +Horizon Eye Care,    2401 Bay Avenue,    Ocean City, NJ 08226-2456
516381939      +PNC Mortgage,    P.O. Box 1820,    Dayton, OH 45401-1820
516588839      +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankrupty,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
516381940      +ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
516381941      +Recon Ortho Associates II PC,    P.O. Box 757910,    Philadelphia, PA 19175-7910
516381943      +Rickart Collection Systems, Inc.,    575 Milltown Rd.,    P.O. Box 7242,
                 North Brunswick, NJ 08902-7242
516381944      +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
516381945      +State of NJ Dept of Labor and Workforce,    P.O. Box 951,    Trenton, NJ 08625-0951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2018 23:34:16      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2018 23:34:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516381935       EDI: CAPITALONE.COM Jan 26 2018 23:03:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
516381937       EDI: IRS.COM Jan 26 2018 23:03:00      Department of the Treasury,    Internal Revenue Service,
                 Fresno, CA 93888
516580286       EDI: PRA.COM Jan 26 2018 23:03:00      Portfolio Recovery Associates, LLC,
                 C/O capital One, N.a.,    POB 41067,    Norfolk VA 23541
516387479       EDI: RMSC.COM Jan 26 2018 23:03:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516409712*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
516381942*     +Recon Ortho Associates II PC,    P.O. Box 757910,    Philadelphia, PA 19175-7910
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Thomas E. Dowey   on behalf of Debtor Kathy B Vines tdesquire@hotmail.com
                                                                                             TOTAL: 4
```